AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

ASHDEN GLOVER

Plaintiff,

V.

CITY OF CHICAGO, ILLINOIS, CHICAGO POLICE OFFICERS D. NICHOLS, Star No. 12415, and M. LEANO, Star No. 4303, COUNTY OF COOK, UNKNOWN COOK COUNTY SHERIFFS and UNKNOWN MEDICAL PERSONNEL At COOK COUNTY HOSPITAL, (Smiger).

Defendants.

CASE NUMBER: 08CV4300

ASSIGNED JUDGE: JUDGE PALLMEYER

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Cook County Hospital
69 West Washington
Suite 500
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey B. Granich
53 W Jackson Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____          _____
(By) DEPUTY CLERK                   DATE

**Michael W. Dobbins, Clerk**

_____          **July 29, 2008**
**(By) DEPUTY CLERK**                Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me  
DATE: 8-5-08

NAME OF SERVER (PRINT): AARON Willoughby  
TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: ms Vagena Authorize To Accept Service For County Hosp

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-5-08   [signature] Aaron Willoughby
Date        Signature of Server

3152 South Prairie Ave
Chgo IL 60616
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.