UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ASHDEN GLOVER, ) | |
| ) | |
| Plaintiff, ) | 08 C 4300 |
| ) | |
| vs. ) | Honorable Judge |
| ) | Rebecca Pallmeyer |
| CITY OF CHICAGO, ILLINOIS ) | |
| CHICAGO POLICE OFFICER ) | Magistrate Judge Ashman |
| D. NICHOLS, Star no. 12415, and ) | |
| M. LEANO, Star No. 4303, ) | |
| COUNTY OF COOK, UNKNOWN ) | |
| COOK COUNTY SHERIFFS, and ) | |
| UNKNOWN MEDICAL PERSONNEL ) | |
| At COOK COUNTY HOSPITAL, (Stroger), ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT COUNTY OF COOK'S MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD**

Defendant County of Cook, through its attorney, RICHARD A. DEVINE, State's Attorney of Cook County, by his assistant, Jack G. Verges, Assistant State's Attorney, pursuant to Federal Rule of Civil Procedure 6(b)(1), move this Honorable Court to enlarge the time period in which to answer or otherwise plead up to and including September 26, 2008 and waive any and all technical defaults.  In support, defendant states:

1.	Plaintiff filed his complaint on July 29, 2008 .

2.	Defendant County of Cook was served on August 8, 2008.

3.	Defendant County of Cook subsequently requested representation from the Cook County State's Attorney's Office and the undersigned was assigned to represent them on August 28, 2008.

4.	The undersigned has ordered Cook County Sheriff department as well as Cermak

1

2

records that may be germane to plaintiff's claims.

5. These records were requested on August 28, 2008, and they must be reviewed in order for the defendant to answer or otherwise plead.

6. The undersigned attorney is not being dilatory in bringing this motion, and apologizes to this Honorable Court for any inconvenience that this delay may cause.

**WHEREFORE**, the defendant respectfully requests that this Honorable Court grant an enlargement of time up to and including September 26, 2008 to move, answer or otherwise plead in this matter.

Respectfully submitted,
RICHARD A. DEVINE
State's Attorney of Cook County

By:   s/ Jack G. Verges #6186215
      Jack G. Verges, Assistant State's Attorney
      500 Richard J. Daley Center
      Chicago, Illinois 60602