# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ASHDEN GLOVER, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4300 |
| | ) | |
| vs. | ) | Honorable Judge |
| | ) | Rebecca Pallmeyer |
| CITY OF CHICAGO, ILLINOIS | ) | |
| CHICAGO POLICE OFFICER | ) | Magistrate Judge Ashman |
| D. NICHOLS, Star no. 12415, and | ) | |
| M. LEANO, Star No. 4303, | ) | |
| COUNTY OF COOK, UNKNOWN | ) | |
| COOK COUNTY SHERIFFS, and | ) | |
| UNKNOWN MEDICAL PERSONNEL | ) | |
| At COOK COUNTY HOSPITAL, (Stroger), | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEFENDANT COOK COUNTY'S MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER OR OTHERWISE PLEAD

**TO:**   Service List

**YOU ARE HEREBY NOTIFIED** that on September 11, 2008 at 8:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Rebecca R. Pallmeyer in the courtroom usually occupied by her, Room 2119, Federal Building 219 S. Dearborn, Chicago, Illinois, and move to present the attached motion entitled: **DEFENDANT COUNTY OF COOK'S MOTION TO ENLARGE THE TIME PERIOD IN WHICH TO MOVE, ANSWER, OR OTHERWISE PLEAD.**

                Respectfully submitted,
                RICHARD A. DEVINE
                State's Attorney of Cook County

By:   s/ Jack G. Verges #6186215
       Jack G. Verges, Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, Illinois 60602

## CERTIFICATE OF SERVICE

I, Jack G. Verges, Assistant State's Attorney, certify that I served this notice and referenced motion attached in accordance with the rules and procedures of the CM/ECF system of the United States District Court for the Northern District of Illinois and pursuant to LR 5.9 there are no parties who are not ECF filing users.

<u>s/ Jack G. Verges #6186215</u>
Jack G. Verges

## SERVICE LIST

**Jeffrey Brooks Granich**
Law Office of Jeffrey B. Granich
53 West Jackson Boulevard
Suite 840
Chicago, IL 60604

**Katie Z. Ehrmin**
Law Offices of Jeffrey B. Granich
53 W. Jackson Boulevard
Suite 840
Chicago, IL 60604